■ In the Matter of Seymour Breiterman, a Suspended Attorney. [743 NYS2d 267] —Petitioner reinstated as an attorney

and counselor-at-law in the State of New York, effective the date hereof, as indicated. No opinion. Concur—Williams, J.P., Tom, Sullivan, Wallach and Rubin, JJ.